# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | MARTIN S & MARTHA E SOSA |
| **Case Number:** | 2:11-BK-11523-CGC    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, MAY 23, 2012 02:30 PM   6TH FLOOR #601 |
| **Hearing Officer:** | DOUGLAS S. MAGNUSON |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KAYLA COLASONT |

### Matter:

CHAPTER 13 TRUSTEE SUBMITTING PROPOSED DISMISSAL ORDER FILED BY RUSSELL 5 BROWN ON BEHALF OF RUSSELL BROWN.
R / M #:   39 / 0

### Appearances:

SCOTT LIESKE, ATTORNEY FOR RUSSELL BROWN, TRUSTEE
CHAD SCHATZ, ATTORNEY FOR MARTHA E SOSA, MARTIN S SOSA

### Proceedings:

Mr. Lieske discusses the lodging of the dismissal order and request a 14 drop dead date to comply.   Mr. Schatz request a 20 days deadline.

HEARING OFFICER: DEBTOR SHALL HAVE 20 DAYS TO COMPLY OR AUTOMATIC ORDER OF DISMISSAL.