RONALD L. HOFFBAUER 006888
WROBLEWSKI & ASSOCIATES, P.C.
1201 S ALMA SCHOOL ROAD
SUITE 1750
MESA, AZ 85210
TELEPHONE: (602) 266-4570

EMAIL: ronaldh@arizonalawcenter.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA - PHOENIX DIVISION

| In re<br>MARTIN S SOSA<br>MARTHA E SOSA | Case No. 2:11-bk-11523-DPC<br><br>**FIRST MODIFIED CHAPTER 13 PLAN AND APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES** |
|---|---|
| SSN xxx-xx-1271     SSN xxx-xx-6745    Debtor(s). | ☐ Original<br>☐ Amended<br>☒ Modified |
| 5038 SOUTH MONTEZUMA<br>PHOENIX, AZ 85041 | ☐ Plan payments include post-petition mortgage payments |

This Plan may affect creditor rights. **If you object to the treatment of your claim as proposed in this Plan, you must file a written objection by the deadline set forth in a Notice of Date to File Objections to Plan served on parties in interest.** If this is a joint case, then "Debtor" means both Debtors. This plan does not allow claims or affect the timeliness of any claim. To receive payment on your claim, you must file a proof of claim with the Bankruptcy Court, even if this Plan provides for your debt. The applicable deadlines to file a proof of claim were specified in the Notice of Commencement of Case. Except as provided in § 1323(c), a creditor who disagrees with the proposed treatment of its debt in this Plan must timely file an objection to the Plan.

If this is an Amended or Modified Plan, the reasons for filing this Amended or Modified Plan are: Debtor was injured and was unable to work which caused the Debtors to miss payments. Debtor has returned to work. Debtor also needs to pay a traffic fine in order to reinstate the license plates for his vehicle.

(A) **Plan Payments and Property to be Submitted to the Plan.**

    (1) Plan payments start on __MAY 23, 2011__. The Debtor shall pay the Trustee as follows:

        $ 325.00 each month for month 1 through month 7 . (MAY 2011 THROUGH NOVEMBER 2011)
        $ 475.00 each month for month 8 through month 8 . (DECEMBER 2011)
        $ 0.00 each month for month 9 through month 13 . (JANUARY 2012 THROUGH MAY 2012)
        $ 325.00 each month for month 14 through month 20 . (JUNE 2012 THROUGH DECEMBER 2012)
        $ 0.00 each month for month 21 through month 26 . (JANUARY 2013 THROUGH JUNE 2013)
        $ 325.00 each month for month 27 through month 60 . (JULY 2013 THROUGH APRIL 2016)

    The proposed plan duration is __60__ months. The applicable commitment period is __60__ months. Section 1325(b)(4).

    (2) In addition to the plan payments, Debtor will submit the following property to the Trustee: -NONE-

(B) **Trustee's Percentage Fee.** Pursuant to 28 U.S.C. § 586(e), the Trustee may collect the percentage fee from all payments and property received, not to exceed 10%.

(C) **Treatment of Administrative Expenses, Post-Petition Mortgage Payments and Claims.** Except adequate protection payments under (C)(1), post-petition mortgage payments under (C)(4), or as otherwise ordered by the Court, the Trustee will make disbursements to creditors after the Court confirms this Plan. Unless otherwise provided in Section (J), disbursements by the Trustee shall be pro rata by class (except adequate protection payments) and made in the following order:

1

(2) *Administrative expenses.* Section 507(a)(2).

    (a) Attorney fees. Debtor's attorney received $ __1,000.00__ before filing. The balance of $ __3,000.00__ or an amount approved by the Court upon application shall be paid by the Trustee. See Section (F) for any fee application.

    (b) Other Administrative Expenses. Wroblewski & Associates will receive $750.00 for drafting and filing this modified plan to be disbursed by the Trustee.

☐ See Section (J), Varying Provisions.

(F) **Attorney Application for Payment of Attorney Fees.** Counsel for the Debtor has received a pre-petition retainer of $ __1,000.00__ , to be applied against fees and costs incurred. Fees and costs exceeding the retainer shall be paid from funds held by the Chapter 13 Trustee as an administrative expense. Counsel will be paid as selected in paragraph (1) or (2) below:

    (1) **Flat Fee.** Counsel for the Debtor has agreed to a total sum of $ __4,000.00__ to represent the Debtor. Counsel has agreed to perform the following services through confirmation of the plan:

        ☐ All of the below, except Additional Services.
        ☒ Review of financial documents and information.
        ☒ Consultation, planning, and advice, including office visits and telephone communications.
        ☒ Preparation of Petition, Schedules, Statement of Financial Affairs, Master Mailing List.
        ☒ Preparation and filing of Chapter 13 Plan, Plan Analysis, and any necessary amendments.
        ☒ Attendance at the § 341 meeting of creditors.
        ☒ Resolution of creditor objections and Trustee recommendations, and attendance at hearings.
        ☒ Reviewing and analyzing creditor claims for potential objections, and attendance at hearings.
        ☒ Responding to motions to dismiss, and attendance at hearings.
        ☒ Responding to motions for relief from the automatic stay, and attendance at hearings.
        ☒ Drafting and mailing of any necessary correspondence.
        ☒ Preparation of proposed order confirming the plan.
        ☒ Initial appearance in defense of an adversary proceedings.
        ☒ Representation regarding the pre-filing credit briefing and post-filing education course.

    **Additional Services.** Counsel for the Debtor has agreed to charge a flat fee for the following additional services provided to the Debtor after confirmation of the plan:

        ☒ Preparation and filing of Modified Plan $ __750.00__ .
        ☒ Preparation and filing of motion for moratorium $ __750.00__ .
        ☒ Responding to motion to dismiss, and attendance at hearings $ __750.00__ .
        ☐ Defending motion for relief from the automatic stay or adversary proceeding $__ .
        ☒ Preparation and filing of any motion to sell property $ __750.00__ .
        ☒ Other
        <u>Responding to complex motions for relief from the automatic stay and attendance at contested or evidentiary hearings thereon... Fee $750.00.</u>

        <u>Preparing and filing Motions to Incur Debt and attendance at hearings thereon... Fee $750.00.</u>

        <u>Prosecuting avoidance of voluntary lien secured by real property and attendance at hearings thereon... Fee $1,500.00.</u>

    All other additional services will be billed at the rate of $ __265.00__ per hour for attorney time and $ __100.00__ per hour for paralegal time. Counsel will file and notice a separate fee application detailing the additional fees and costs requested. Counsel will include *all* time expended in the case in the separate fee application.

☐ See Section (J), Varying Provisions.

(2) **Hourly Fees.** For hourly fees to be paid as an administrative expense, counsel must file and notice a separate fee application detailing the additional fees and costs requested. The application must include all time expended in the case.

2

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

Counsel has agreed to represent the Debtor for all services related to the Chapter 13 bankruptcy to be billed at the rate of $__ per hour for attorney time and $__ per hour for paralegal time.

☐ See Section (J), Varying Provisions.

## ALL OTHER PROVISIONS OF THE PREVIOUSLY CONFIRMED PLAN WILL REMAIN THE SAME.

(K) **Plan Summary.** If there is a discrepancy between paragraphs (A) - (J) and paragraphs (K) - (M), then the provisions of paragraphs (A) - (J) and the confirmed plan control.

| | | |
|---|---|---:|
| (1) | Trustee's compensation (10% of plan payments) | $ 1,607.50 |
| (2) | Ongoing post-petition mortgage payments | $ 0.00 |
| (3) | Administrative expenses and claims | $ 3,750.00 |
| (4) | Priority claims | $ 0.00 |
| (5) | Prepetition mortgage or lease arrears, or amount to cure defaults, including interest | $ 2,692.01 |
| (6) | Secured personal property claims, including interest | $ 1,397.55 |
| (7) | Amount to unsecured nonpriority claims | $ 6,627.94 |
| (8) | **Total of plan payments** | $ 16,075.00 |

(L) **Section 1325 Analysis.**

(1) *Best Interest of Creditors Test:*

| | | |
|---|---|---:|
| (a) | Value of Debtor's interest in nonexempt property | $ 5,756.29 |
| (b) | Plus: Value of property recoverable under avoiding powers | $ 0.00 |
| (c) | Less: Estimated Chapter 7 administrative expenses | $ 1,325.62 |
| (d) | Less: Amount to unsecured, priority creditors | $ 0.00 |
| (e) | **Equals:** Estimated amount payable to unsecured, nonpriority claims if Debtor filed Chapter 7 | $ 4,430.67 |

Paragraph (2) to be completed by debtors whose current monthly income exceeds the state's median income.

(2) *Section 1325(b) Analysis:*

| | | |
|---|---|---:|
| (a) | Monthly disposable income under § 1325(b)(2), Form B22C, Statement of Current Monthly Income | $ 210.14 |
| (b) | Applicable commitment period | $ 60 |
| (c) | Section 1325(b)(2) monthly disposable income amount multiplied by 60 | $ 12,608.40 |

(M) **Estimated Amount to Unsecured Nonpriority Creditors Under Plan**  $ 6,627.94

Dated: JUNE 10, 2013

/s/ MSS (1271)  
MARTIN S SOSA  
Debtor

/s/ MES (6745)  
MARTHA E SOSA  
Debtor

/s/ RLH (006888)  
RONALD L. HOFFBAUER  006888  
Attorney for Debtor  
WROBLEWSKI & ASSOCIATES, P.C.  
1201 S ALMA SCHOOL ROAD  
SUITE 1750  
MESA, AZ 85210

rev. 12/09